| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br><br>Hytham Mohamed | Case No.: 18-25404<br>Chapter: 13<br>Judge: MBK |

# NOTICE OF FAILURE TO FILE SUPPLEMENTAL DOCUMENTS CONCERNING SCHEDULES

TO: Antonio Espinosa

This will confirm that on _____ the following document(s) was filed by you.

- ☐ Amendment to Schedule(s) _____,
- ☒ Missing Documents, including Schedule(s) I & J _____,

This will further confirm that the court has not received the following supplemental documents:

- ☒ Declaration About an Individual Debtor's Schedules (106 Declaration)
- ☒ An updated Summary of Your Assets and Liabilities and Certain Statistical Information (106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

- ☐ Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)
- ☐ An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary) [Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: August 13, 2018                                             Jeanne A. Naughton, Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Hytham Mohamed  
    Debtor

Case No. 18-25404-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 1            Date Rcvd: Aug 13, 2018
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2018.
db             +Hytham Mohamed,    84 Clifton Street,    Edison, NJ 08817-5408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2018 at the address(es) listed below:
      Albert Russo    docs@russotrustee.com
      Antonio R. Espinosa    on behalf of Debtor Hytham  Mohamed Andespbk@gmail.com
      Gregory R. Milne    on behalf of Creditor    FRESHSTART VENTURE CAPITAL CORP. grmilne@fsfm-law.com, bdicovitsky@fsfm-law.com
      Rebecca Ann Solarz    on behalf of Creditor    Quicken Loans Inc. rsolarz@kmllawgroup.com
      U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                            TOTAL: 5