Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 18–25404–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Hytham Mohamed
  84 Clifton Street
  Edison, NJ 08817

Social Security No.:
  xxx–xx–8953

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:         10/9/18
Time:         10:00 AM
Location:     Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

    An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

    **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: August 15, 2018
JAN: wdr

                                              Jeanne Naughton
                                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-25404-MBK
Hytham Mohamed                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Aug 15, 2018
                              Form ID: 132             Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2018.
db         +Hytham Mohamed,   84 Clifton Street,   Edison, NJ 08817-5408
517678693  ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
             (address filed with court: American Honda Finance,   201 Little Falls Dr,
               Wilmington, DE 19808)
517678692  +Amal Bayoni,   277 Harrison Avenue,   Jersey City, NJ 07304-1748
517678695  +Amex,   P.O.  Box 297871,   Fort Lauderdale, FL 33329-7871
517678696  ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bankamerica,   P.O.  Box 982238,   El Paso, TX 79998)
517678700  +Freshstart Capital,   c/o Ray Greico, P.A.,   758 Morris Turnpike,   P.O. Box 505,
             Short Hills, NJ 07078-0505
517678702  +Freshstart Venture Capital Corp,   c/o Ralph A. Grieco, P.A.,   758 Morris Turnpike,
             P.O. Box 505,   Short Hills, NJ 07078-0505
517678701  +Freshstart Venture Capital Corp,   437 Madison Avenue,   New York, NY 10022-7015
517678703  +HG & ZG Corp,   84 Clifton Street,   Edison, NJ 08817-5408
517678705  +Pothina M. Ghazy,   84 Clifton Street,   Edison, NJ 08817-5408
517678707  +Roseanne A. Plati,   84 Clifton Street,   Edison, NJ 08817-5408
517678708  +Sears/Cbna,   P.O.  Box 6282,   Sioux Falls, SD 57117-6282
517678713  +Td Bank Usa/targetcred,   Po Box 673,   Minneapolis, MN 55440-0673
517678714  +Thd/Cbna,   P.O.  Box 6497,   Sioux Falls, SD 57117-6497
517678716  +Toyota Finance,   P.O. Box 9786,   Cedar Rapids, IA 52409-0004
517678717  +US Dept Of Ed/Glelsi,   2401 International Lane,   Madison, WI 53704-3121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov Aug 15 2018 23:45:43      U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 15 2018 23:45:40      United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
517683057   E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 15 2018 23:45:50
             American Honda Finance Corporation,   National Bankruptcy Center,   P.O. Box 168088,
             Irving, TX 75016-8088
517678698  +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 15 2018 23:52:09      Cap1/Bestbuy,
             P.O. Box 71083,   Charlotte, NC 28272-1083
517692551   E-mail/Text: mrdiscen@discover.com Aug 15 2018 23:44:49      Discover Bank,
             Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
517678699  +E-mail/Text: mrdiscen@discover.com Aug 15 2018 23:44:49      Discover Fin Svcs Llc,
             P.O.  Box 15316,   Wilmington, DE 19850-5316
517678706  +E-mail/Text: bankruptcyteam@quickenloans.com Aug 15 2018 23:45:57      Quicken Loans,
             1050 Woodward Avenue,   Detroit, MI 48226-1906
517678709  +E-mail/PDF: gecsedi@recoverycorp.com Aug 15 2018 23:53:32      Syncb/Jcp,   P.O.  Box 965007,
             Orlando, FL 32896-5007
517678712  +E-mail/PDF: gecsedi@recoverycorp.com Aug 15 2018 23:52:01      Syncb/Walmart DC,
             P.O.  Box 965024,   Orlando, FL 32896-5024
517678710  +E-mail/PDF: gecsedi@recoverycorp.com Aug 15 2018 23:52:43      Syncb/old Navy,   Po Box 965005,
             Orlando, FL 32896-5005
517678711  +E-mail/PDF: gecsedi@recoverycorp.com Aug 15 2018 23:53:31      Syncb/tjx Cos Dc,
             P.O.  Box 965015,   Orlando, FL 32896-5015
517681304  +E-mail/PDF: gecsedi@recoverycorp.com Aug 15 2018 23:52:00      Synchrony Bank,
             c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +FRESHSTART VENTURE CAPITAL CORP.,   437 Madison Avenue,   New York, NY 10022-7015
517678694*  ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
             (address filed with court: American Honda Finance,   201 Little Falls Dr,
               Wilmington, DE 19808)
517678697*  ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bk Of Amer,   P.O.  Box 982238,   El Paso, TX 79998)
517678704*   +HG & ZG Corp,   84 Clifton Street,   Edison, NJ 08817-5408
517678715*   +Thd/Cbna,   P.O.  Box 6497,   Sioux Falls, SD 57117-6497
                                                                                 TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Aug 15, 2018
                              Form ID: 132             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2018 at the address(es) listed below:
              Albert    Russo     docs@russotrustee.com
              Antonio R. Espinosa     on behalf of Debtor Hytham   Mohamed Andespbk@gmail.com
              Gregory R. Milne     on behalf of Creditor    FRESHSTART VENTURE CAPITAL CORP. grmilne@fsfm-law.com,
               bdicovitsky@fsfm-law.com
              Rebecca Ann Solarz     on behalf of Creditor    Quicken Loans Inc. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 5
```