Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18−25404−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Hytham Mohamed
    84 Clifton Street
    Edison, NJ 08817

Social Security No.:
    xxx−xx−8953

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/11/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 11, 2018
JAN: kmf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-25404-MBK
Hytham Mohamed                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin          Page 1 of 2          Date Rcvd: Oct 11, 2018
                           Form ID: 148          Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2018.
db              +Hytham Mohamed,    84 Clifton Street,    Edison, NJ 08817-5408
517678693       ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                 (address filed with court:  American Honda Finance,    201 Little Falls Dr,
                 Wilmington, DE 19808)
517678692       +Amal Bayoni,    277 Harrison Avenue,    Jersey City, NJ 07304-1748
517678700       +Freshstart Capital,    c/o Ray Greico, P.A.,    758 Morris Turnpike,    P.O. Box 505,
                 Short Hills, NJ 07078-0505
517678702       +Freshstart Venture Capital Corp,    c/o Ralph A. Grieco, P.A.,    758 Morris Turnpike,
                 P.O. Box 505,    Short Hills, NJ 07078-0505
517678701       +Freshstart Venture Capital Corp,    437 Madison Avenue,    New York, NY 10022-7015
517678703       +HG & ZG Corp,    84 Clifton Street,    Edison, NJ 08817-5408
517678705       +Pothina M. Ghazy,    84 Clifton Street,    Edison, NJ 08817-5408
517678707       +Roseanne A. Plati,    84 Clifton Street,    Edison, NJ 08817-5408
517725149       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517772458        UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,
                 MADISON, WI 53708-8973
517678717       +US Dept Of Ed/Glelsi,    2401 International Lane,    Madison, WI 53704-3121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Oct 11 2018 23:33:34     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg              +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 11 2018 23:33:31     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517683057        EDI: HNDA.COM Oct 12 2018 03:13:00     American Honda Finance Corporation,
                 National Bankruptcy Center,    P.O. Box 168088,    Irving, TX 75016-8088
517765859        EDI: BECKLEE.COM Oct 12 2018 03:13:00     American Express National Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517678695       +EDI: AMEREXPR.COM Oct 12 2018 03:13:00     Amex,    P.O.  Box 297871,
                 Fort Lauderdale, FL 33329-7871
517678696        EDI: BANKAMER.COM Oct 12 2018 03:13:00     Bankamerica,    P.O.  Box 982238,    El Paso, TX 79998
517678697        EDI: BANKAMER.COM Oct 12 2018 03:13:00     Bk Of Amer,    P.O.  Box 982238,    El Paso, TX 79998
517678698       +EDI: CAPITALONE.COM Oct 12 2018 03:13:00     Cap1/Bestbuy,    P.O. Box 71083,
                 Charlotte, NC 28272-1083
517692551        EDI: DISCOVER.COM Oct 12 2018 03:13:00     Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
517678699       +EDI: DISCOVER.COM Oct 12 2018 03:13:00     Discover Fin Svcs Llc,    P.O.  Box 15316,
                 Wilmington, DE 19850-5316
517678706       +E-mail/Text: bankruptcyteam@quickenloans.com Oct 11 2018 23:33:53     Quicken Loans,
                 1050 Woodward Avenue,    Detroit, MI 48226-1906
517745352       +E-mail/Text: bankruptcyteam@quickenloans.com Oct 11 2018 23:33:53     Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
517678708       +EDI: SEARS.COM Oct 12 2018 03:13:00     Sears/Cbna,    P.O.  Box 6282,
                 Sioux Falls, SD 57117-6282
517678709       +EDI: RMSC.COM Oct 12 2018 03:13:00     Syncb/Jcp,    P.O.  Box 965007,    Orlando, FL 32896-5007
517678712       +EDI: RMSC.COM Oct 12 2018 03:13:00     Syncb/Walmart DC,    P.O.  Box 965024,
                 Orlando, FL 32896-5024
517678710       +EDI: RMSC.COM Oct 12 2018 03:13:00     Syncb/old Navy,    Po Box 965005,
                 Orlando, FL 32896-5005
517678711       +EDI: RMSC.COM Oct 12 2018 03:13:00     Syncb/tjx Cos Dc,    P.O.  Box 965015,
                 Orlando, FL 32896-5015
517681304       +EDI: RMSC.COM Oct 12 2018 03:13:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517678713       +EDI: WTRRNBANK.COM Oct 12 2018 03:13:00     Td Bank Usa/targetcred,    Po Box 673,
                 Minneapolis, MN 55440-0673
517678714       +EDI: CITICORP.COM Oct 12 2018 03:13:00     Thd/Cbna,    P.O.  Box 6497,
                 Sioux Falls, SD 57117-6497
517678716       +EDI: TFSR.COM Oct 12 2018 03:13:00     Toyota Finance,    P.O. Box 9786,
                 Cedar Rapids, IA 52409-0004
                                                                                   TOTAL: 21

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +FRESHSTART VENTURE CAPITAL CORP.,    437 Madison Avenue,    New York, NY 10022-7015
517678694*      ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                 (address filed with court:  American Honda Finance,    201 Little Falls Dr,
                 Wilmington, DE 19808)
517678704*      +HG & ZG Corp,    84 Clifton Street,    Edison, NJ 08817-5408
517678715*      +Thd/Cbna,    P.O.  Box 6497,   Sioux Falls, SD 57117-6497
                                                                          TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin          Page 2 of 2          Date Rcvd: Oct 11, 2018
                              Form ID: 148         Total Noticed: 33
```

              ***** BYPASSED RECIPIENTS (continued) *****

```
Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2018                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2018 at the address(es) listed below:
          Albert  Russo    docs@russotrustee.com
          Antonio R. Espinosa    on behalf of Debtor Hytham  Mohamed Andespbk@gmail.com
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Gregory R. Milne    on behalf of Creditor    FRESHSTART VENTURE CAPITAL CORP. grmilne@fsfm-law.com,
           bdicovitsky@fsfm-law.com
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
           kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    Quicken Loans Inc. rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                     TOTAL: 7
```